THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | ORDER |
| v. | |
| GIANG T. NGO, | |
| Defendant. | |

This matter comes before the Court on the Government's motion for entry of a final order of forfeiture (Dkt. No. 1214). The motion concerns the following property:

1. $701.00 of $1,402.00 in U.S. currency seized from Defendant on April 21, 2015; and
2. $286.00 in U.S. currency seized from Defendant's residence in Burien, Washington, on April 21, 2015.

Having considered the motion and the relevant record, the Court FINDS that forfeiture is appropriate for the following reasons:

1. In the plea agreement entered on March 31, 2016, Defendant agreed to forfeit his interest in proceeds of and/or facilitating property for the conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846, to which he pled guilty, (Dkt. No. 611);
2. On September 13, 2016, the Court entered a stipulated preliminary order of forfeiture,

finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant's interest in it, (Dkt. No. 864);

3. Thereafter, the Government published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (Dkt. No. 919), and sent direct notice to two identified potential claimants, as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A), (Dkt. No. 1214-1 at 1, 4–7, 9–15); and

4. The time for filing third-party petitions for the above-identified property has expired and none were filed.

Given the Court's findings, the Court hereby GRANTS the Government's motion (Dkt. No. 1214) and ORDERS as follows:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice and/or its representatives are authorized to dispose of the property in accordance with the law.

DATED this 14th day of August 2020.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE